*970 498 U. S. 1086;
498 U. S. 1090;
498 U. S. 1090;
498 U. S. 1090;
498 U. S. 1031;
498 U. S. 1092;
*971 No. 90-6120.
No. 90-6127.
No. 90-6128.
No. 90-6266.
No. 90-6515.
No. 90-6544.
No. 90-6593.
No. 90-6605.
No. 90-6634.
No. 90-6663.
No. 90-6668.
No. 90-6686.
No. 90-6711.
No. 90-6722.
No. 90-6724.
No. 90-6765.
No. 90-6801.
No. 90-6884.
No. 90-6944.
No. 90-7036.
498 U. S. 1093;
498 U. S. 1033;
498 U. S. 1121;
498 U. S. 1110;
498 U. S. 1098;
498 U. S. 1100;
498 U. S. 1102;
498 U. S. 1102;
498 U. S. 1081;
498 U. S. 1110;
498 U. S. 1110;
498 U. S. 1105;
498 U. S. 1127;
498 U. S. 1106;
ante, p. 909;
ante, p. 909;
498 U. S. 1124;
498 U. S. 1125;
ante, p. 928; and
ante, p. 912. Petitions for rehearing denied.